# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE OBER, and<br>LYNNE OBER, | Civil No. 1:19-CV-01171 |
| Plaintiffs, | |
| v. | |
| OCWEN FINANCIAL<br>CORPORATION, *et al.*, | |
| Defendants. | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 16th day of April, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that Defendants' motion to dismiss, Doc. 2, is **GRANTED** and Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania